S. Michael Kernan, Esq. State Bar No. 181747
mkernan@kernanlaw.net
R. Paul Katrinak, State Bar No. 164057
pkatrinak@kernanlaw.net
THE KERNAN LAW FIRM
9663 Santa Monica Blvd. Suite 450
Los Angeles, CA 90210
310-490-9777
mkernan@kernanlaw.net

Eric J. Menhart (*pending admission Pro Hac Vice*)
Lexero Law
316 F St. NE, Suite 101
Washington, DC 20002
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FARIHA ALHASSEN ET AL.<br><br>　　　　Defendants. | Case No. 5:16-cv-00747-ODW-KK<br><br>**DECLARATION OF AHMAD J. LABABIDI**<br><br><u>Filed and Served Concurrently</u>:<br><br>　1. Objections to Damages Evidence<br><br>Judge:　　　Hon. Otis D. Wright, II<br><br>Courtroom:　11<br><br>Complaint Filed: April 20, 2016 |

1
DECLARATION OF AHMAD J. LABABIDI

I, Ahmad J. Lababidi, declare as follows:

1. I have personal knowledge of the facts as stated herein. If called to testify, I would and could competently testify thereto.

2. I am a Defendant in this action. Both my wife, Fariha Alhassen and I are students. We decided to start a website to sell some products to help us fund our college education.

3. We purchased and resold goods. We did not make any goods

4. Unfortunately, we had no idea that the product, a cell phone case, with the Chanel label on it was pirated by a manufacturer in China. We purchased the product from the manufacturer and were repeatedly told that they had a license to manufacture the product.

5. We received a cease and desist letter from Chanel and <u>immediately</u> stopped selling the product.

6. Additionally, upon receipt of the lawsuit, we retained a lawyer to respond to the Complaint and try and reach a settlement with Chanel. We believed that we were on track to settle, when Chanel ceased negotiations.

7. We did not willfully or intentionally infringe on Chanel's Trademark. We also in the future will not do so. It was a mistake.

8. I am submitting this declaration concerning the relief sought and damages claimed by Chanel. My wife and I of course agree to an injunction and

have no intention of selling any further cellphone cases with Chanel's Trademark on it.

9. The Plaintiff is seeking statutory damages and has provided no evidence of any damages. I was duped by a Chinese manufacturer and did not willfully infringe on the mark. Also, I will stipulate to an injunction. Therefore, if the Court is inclined to proceed with the Motion for Default Judgment, I respectfully request that the Court only order an injunction against future sales.

I declare and testify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2016.

/s/ Ahmad J. Lababidi
Ahmad J. Lababidi