# United States District Court
# Central District of California

| | |
|---|---|
| CHANEL, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>FARIHA ALHASSEN, an individual, and AHMAD J. LABABIDI A/K/A JAMIL LABABIDI A/K/A AJ LABABIDI A/K/A TOMMY, AN INDIVIDUAL, individually and jointly, D/B/A HERTEENDREAM.COM D/B/A OFFICIALGOLDILUXE.COM D/B/A @HERTEENDREAM D/B/A #HERTEENDREAM D/B/A @FARIHAAL D/B/A OFFICIALHERTEENDREAM D/B/A FARIHAALH D/B/A HER TEEN DREAM D/B/A GOLDILUXE D/B/A OFFICIALGOLDILUXE D/B/A #OFFICIALGOLDILUXE, and DOES 1–10, inclusive, <br><br>　　　　　Defendants. | Case No. 5:16-cv-00747-ODW(KK) <br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 31), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 7, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The parties have also agreed that Defendant's motion to set aside summary judgment (ECF No. 26) shall be **DISMISSED** without prejudice. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 17, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**